UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re GERROD HERNDON,<br><br>                Plaintiff. | Case No. 15-cv-02255-HSG (PR)<br><br>**JUDGMENT** |

    Judgment is entered against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   7/14/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge